UNITED STATES of America,
Plaintiff—Appellee,

v.

John Mark MITSOYIANIS, aka John
Nemo, Defendant—Appellant.

No. 04–30351.

D.C. No. CR–03–00059–SEH.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Joseph E. Thaggard, Office of the Montana Attorney General, Helena, MT, for Plaintiff–Appellee.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM**

John Mark Mitsoyianis appeals his 63–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Mitsoyianis has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Mitsoyianis has not filed a pro se supplemental brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. Because Mitsoyianis was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

Counsel's motion to withdraw as counsel on appeal is denied. The conviction is **AFFIRMED,** and the sentence is **REMANDED.**

Felipe CORTES PARRA, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 04–71678.

Agency No. A75–475–976.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Raul Gomez, Law Office of Raul Gomez, Los Angeles, CA, for Petitioner.

Western Region Immigration & Naturalization Service, Laguna Niguel, CA, James E. Grimes, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before HALL, T.G. NELSON, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Felipe Cortes Parra, a native and citizen of Mexico, petitions for review of a decision of the Board of Immigration Appeals ("BIA") denying his motion to reconsider its December 3, 2003 decision denying his motion to reopen removal proceedings based on new evidence. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Lara–Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir.2004), and we deny the petition for review.

A motion to reconsider must specify the errors of fact or law in the agency's prior decision. *See* 8 C.F.R. § 1003.2(b)(1); *Iturribarria v. INS*, 321 F.3d 889, 895 (9th Cir.2003). Here, the petitioner identified no error of law or fact in the BIA's prior determination that the mere existence of two new qualifying relatives did not warrant the reopening of proceedings in which

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

the BIA had denied cancellation of removal on hardship grounds. Accordingly, the BIA's decision to deny reconsideration was well within its discretion and was not "arbitrary, irrational, or contrary to law." *Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (citation omitted).

## PETITION FOR REVIEW DENIED.

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Salvador Vasquez MEDEL,
Defendant—Appellant.**

No. 04–10287

D.C. No. CR–02–00226–JCM/LRL.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).